UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Kathleen M. Daigneault

Chapter 13
Bankruptcy Case 02–46689
Judge Henry J. Boroff

**CLERK'S CERTIFICATION FOR TRANSMITTAL
OF RECORD ON APPEAL**

04-30156-MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **02–46689 Kathleen M. Daigneault** .

IN TESTIMONY WHEREOF, I HEREUNTO SET
MY HAND AND AFFIX THE SEAL OF THIS
COURT, AT WORCESTER , IN THE DISTRICT OF
MASSACHUSETTS, THIS 17th DAY OF AUGUST .

Date:8/17/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Patricia Simonelli

Deputy Clerk
(508) 770– 8930

Receipt of the documents in the above–entitled case as described in the Designation of Record is hereby acknowledged this 18th day of August, 2004.

This case has been assigned No. 04-30156-MAP

Mary Finn
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Chapter 13
Case No: 02-46689-HJB

IN RE KATHLEEN M. DAIGNEAULT
       Debtor

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004   76   Memorandum of Decision Dated 7/8/04 Regarding [71] Motion to Reconsider [66] Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc)

07/08/2004   77   Order Dated 7/8/04 Denying [71] Motion to Reconsider [66] Order Filed by Attorney Francis Lafayette. (sas, usbc)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant
Debtor:      Francis Lafayette
             Stefan Davis
Attorney:    Francis Lafayette
Address:     Post Office Box 1020
             Palmer, MA 01069
             BBO# 282960
Telephone:   (413) 283-7785

Appellee
Trustee:     Denise M. Pappalardo
             Chapter 13 Trustee
Address:     P.O. Box 16607
             44 Front Street, Suite 230
             Worcester, MA 01601
Telephone:   (508) 791-3300

Respectfully

[signature: Francis Lafayette J.D.]

Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Chapter 13
Case No: 02-46689-HJB

IN RE KATHLEEN M. DAIGNEAULT
Debtor

CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA 01601

Kathleen M. Daigneault
151 Gardens Dr.
Springfield, MA 01119

_____
Francis Lafayette, J. D.