

June 11, 2004

**03-46928**
| | | |
|---|---|---|
| 24 | Motion to Convert Case to Chapter 7 | Moccio |
| 25 | Declaration Re: Electronic Filing | Moccio |

**03-47195**
| | | |
|---|---|---|
| 37 | Opposition | Kelly |
| 38 | Opposition | Kelly |

Total Filings on:   June 11, 2004   4


June 13, 2004

**04-43053**

| | | |
|---|---|---|
| 8 | Schedules A-J | McCarthy |
| 9 | Chapter 13 Plan | McCarthy |
| 10 | Motion to Extend | McCarthy |
| 11 | Chapter 13 Agreement between debtor and counsel | McCarthy |
| 12 | Declaration Re: Electronic Filing | McCarthy |

Total Filings on: June 13, 2004     5



**June 14, 2004**

**02-45468**
  123  Stipulation                                                          Babb

**04-43026**
    9  Schedules A-J                                                  Austin
  10  Declaration Re: Electronic Filing                    Austin

**04-43053**
  13  Notice                                                               McCarthy

---

Total Filings on:   June 14, 2004     4



June 15, 2004

**02-47473**
  73  Opposition    Martin

**04-41885**
  19  Amended Chapter 13 Plan    Mulverhill
  20  Motion to Modify Plan    Mulverhill
  21  Amended Schedules    Mulverhill
  22  Motion to Amend Schedules    Mulverhill
  23  Declaration Re: Electronic Filing    Mulverhill

Total Filings on:    June 15, 2004    6



**02-44216**
  50    Chapter 13 Trustee's Motion for Order Dismissing Case    Ranger

**03-47113**
  52    Opposition    Dion
  53    Opposition    Dion

**04-04300**
  14    Stipulation    Moreno

**04-40724**
  65    Motion to Extend    Buckert
  66    Motion to Extend    Buckert
  67    Exhibit A    Buckert
  68    Amended Schedules    Buckert
  69    Motion to Amend    Buckert

**04-42835**
  8    Notice    Yankson

**04-43426**
  1    Voluntary Petition (Chapter 7)(Attorney)    Wheeler
  3    Statement of Social Security Number(s)    Wheeler
  4    Declaration Re: Electronic Filing    Wheeler

**04-43440**
  1    Voluntary Petition (Chapter 13)(Attorney)    Arnold
  2    Chapter 13 Plan    Arnold
  4    Statement of Social Security Number(s)    Arnold
  5    Declaration Re: Electronic Filing    Arnold

Total Filings on:    June 16, 2004    17

**June 17, 2004**

**03-46552**
| | | |
|---|---|---|
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |

**04-40833**
| | | |
|---|---|---|
| 21 | Opposition | Fenner |

Total Filings on:   June 17, 2004    7

Case 3:04-cv-30156-MAP  Document 4-5  Filed 09/29/2004  Page 7 of 11



**June 18, 2004**

**04-41219**
- 41   Stipulation                                              Kelley
- 42   Motion to Approve                                        Kelley

Total Filings on:   **June 18, 2004**   2

Page 8 of 12


June 19, 2004

**03-46346**
| | | |
|---|---|---|
| 30 | Objection to Claim | Provost-Lamy |
| 31 | Declaration Re: Electronic Filing | Provost-Lamy |

**03-46928**
| | | |
|---|---|---|
| 31 | Notice of No Post Petition Creditors | Moccio |
| 32 | Declaration Re: Electronic Filing | Moccio |

**04-42636**
| | | |
|---|---|---|
| 12 | Amended Chapter 13 Plan | Rolo |
| 13 | Motion to Amend | Rolo |
| 14 | Amended Schedules | Rolo |
| 15 | Motion to Amend Schedules | Rolo |
| 16 | Declaration Re: Electronic Filing | Rolo |

**04-43537**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Woods |
| 3 | Statement of Social Security Number(s) | Woods |
| 4 | Declaration Re: Electronic Filing | Woods |

Total Filings on:   June 19, 2004   12

**June 20, 2004** 

**04-40809**
20    Opposition                                                    Price

---

Total Filings on:    **June 20, 2004**    1

## June 21, 2004

**01-43979**
| | | |
|---|---|---|
| 54 | Notice of Post Petition Creditors | Moreno |
| 55 | Statement of Intent | Moreno |
| 56 | Declaration Re: Electronic Filing | Moreno |

**02-40021**
| | | |
|---|---|---|
| 73 | Motion to Incur Debt | Barrett |

**02-45958**
| | | |
|---|---|---|
| 77 | Opposition | Livingstone |

**02-46690**
| | | |
|---|---|---|
| 69 | Motion to Continue/Reschedule Hearing | Knoll |
| 71 | Opposition | Knoll |
| 72 | Certificate of Service | Knoll |

**04-40249**
| | | |
|---|---|---|
| 33 | Certificate of Service | Spears |

**04-41129**
| | | |
|---|---|---|
| 13 | Motion to Appear Telephonically | Beaucage |

Total Filings on:   June 21, 2004   10

Total Filings for this report:    83