**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: Joseph LaFrance, et al** | **04-30153** |
| **IN RE: Marta Oyola, et al** | **04-30154** |
| **IN RE: Hector L. Rolon, et al** | **04-30155** |
| **IN RE: Peter Caci, et al** | **04-30157** |
| **IN RE: Bennett, et al** | **04-30158** |
| **IN RE: Davis, et al** | **04-30159** |
| **IN RE: Kathleen M. Daigneault, et al** | **04-30156** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a Hearing re: Bankruptcy appeal on JUNE 2, 2005 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

|  |  |
|---|---|
|  | **SARAH THORNTON** |
|  | **CLERK OF COURT** |
| **4/8/05** |  |
| **Date** | By: **/s/ Elizabeth A. French** |
|  | **Deputy Clerk** |

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                  [ntchrgcnf.]